# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION　　　　　　　　　　　　　　　　　　　　MDL No. 2804

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −68)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,145 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 29, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of
the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court, Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk

Case 3:18-cv-00269-SLG   Document 5   Filed 11/30/18   Page 1 of 3

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                    MDL No. 2804

## SCHEDULE CTO−68 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALASKA** | | | |
| AK | 3 | 18−00269 | Alaska Native Tribal Health Consortium v. Purdue Pharma L.P. et al |
| **ARIZONA** | | | |
| ~~AZ~~ | ~~2~~ | ~~18−04052~~ | ~~Martin v. Insys Therapeutics Incorporated~~ Opposed 11/28/18 |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 18−09516 | County of San Luis Obispo, California v. Purdue Pharma L.P. et al |
| **COLORADO** | | | |
| CO | 1 | 18−02894 | Eiland v. Purdue Pharma L.P. et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 18−02716 | Hillsborough County v. Purdue Pharma L.P. et al |
| FLM | 8 | 18−02792 | The City of Tampa v. Purdue Pharma L.P. et al |
| **GEORGIA NORTHERN** | | | |
| GAN | 2 | 18−00203 | Union County, Georgia v. AmerisourceBergen Drug Corporation et al |
| **IDAHO** | | | |
| ID | 1 | 18−00500 | City of Boise v. Actavis LLC et al |
| **ILLINOIS SOUTHERN** | | | |
| ~~ILS~~ | ~~3~~ | ~~18−02077~~ | ~~People of the State of Illinois et al v. Teva Pharmaceuticals USA, Inc. et al~~ Opposed 11/28/18 |
| **KANSAS** | | | |

| | | | |
|---|---|---|---|
| KS | 2 | 18−02609 | Overland Park, Kansas, City of v. AmerisourceBergen Drug Corporation et al |

MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 18−12363 | City of Fall River v. Purdue Pharma L.P. et al |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 18−03181 | Fond du Lac Band of Lake Superior Chippewa v. Purdue Pharma, L.P. et al |

MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 1 | 18−00204 | City of Columbus, Mississippi v. Amerisourcebergen Drug Corporation et al |

MONTANA

| | | | |
|---|---|---|---|
| MT | 9 | 18−00182 | Northern Cheyenne Tribe v. Purdue Pharma L.P. et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| ~~OHS~~ | ~~2~~ | ~~18−01379~~ | ~~Noble County, Ohio, by the Noble County Commissioners v. Cardinal Health, Inc. et al~~ Opposed 11/28/18 |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | 18−01638 | San Juan County v. Purdue Pharma L.P. et al |